1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St., Suite 780
   Woodland Hills, CA 91367
4  Phone: 323-306-4234
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7  *Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SCALE PAYMENTS CORP., and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant | Case No. 2:20-cv-08772-DDP (AGRx) |

### **NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE**

Now come the Plaintiff, Terry Fabricant, by and through his attorneys, and respectfully requests this Honorable Court enter an order dismissing this action without prejudice as to both Plaintiff's individual claims and the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Defendant has not yet filed an answer.

1
2 | Dated: November 2, 2020
3
4 | Respectfully submitted,
5
6 | THE LAW OFFICES OF TODD M. FRIEDMAN, P.C.
7
8 | By: /s/ Todd M. Friedman
  | TODD M. FRIEDMAN, ESQ.
9 | ATTORNEY FOR PLAINTIFFS
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On November 2, 2020, I served a true copy of the NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE on all counsel of record via the ECF Filing System:

Executed on November 2, 2020, at Woodland Hills, CA

[X ] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:     /s/ Todd M. Friedman
        TODD M. FRIEDMAN, ESQ.
        ATTORNEY FOR PLAINTIFFS